

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00185-CV

Jessica Gryseels
v.
Marina Vista Condominium Council of Co-Owners Association

On appeal from the
County Court at Law No. 2 of Montgomery County, Texas
Trial Cause No. 16-08-09604-CV

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of prosecution. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 11, 2018